#138748

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1932 PAM/SRN Case Title: NSJ Investors LLC v. TH/North San Jc

### Affidavit of Movant

I, Deborah J. Mackay ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Philip C. Korologos , an attorney admitted to practice in the Southern District of New York ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Caiola and Cortese in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

DJMackay
Signature

256626
MN Attorney License #

November 27, 2001
Date

### Affidavit of Proposed Admittee

I, Philip C. Korologos , am currently a member in good standing of the U.S. District Court for Southern District of New York , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Philip C. Korologos
Type/Print Name

[signature]
Signature

November 19, 2001
Date

Attorney License Number:

Law Firm Name & Address: Boies, Schiller & Flexner LLP
80 Business Park Drive
Armonk, New York 10504

Telephone: (914) 273-9800

Motion Granted: Richard D. Sletten, /lj
For the Court: Richard D. Sletten, Clerk

NOV 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK