**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

NSJ Investors, LLC,

Plaintiff,

v.

TH/North San Jose, LLC, Citicorp North America, Inc., Louis S. Caiola, Louis Cortese, Tishman/Heskin Partners,

Defendants.

No. 01-CIV-1932 PAM/SRN

**STIPULATION TO EXTEND TIME TO ANSWER AND ORDER**

IT IS HEREBY STIPULATED and agreed by Plaintiff NSJ Investors, LLC, and Defendants Louis S. Caiola and Louis Cortese, and their respective undersigned attorneys, that the time for Louis S. Caiola and Louis Cortese to file their Answer herein shall be extended by 10 days until March 18, 2002. The parties respectfully request that the attached proposed order be made an Order of this Court.

Dated: March 4, 2002

**FAEGRE & BENSON LLP**

By: [signature]
John H. Hinderaker (#45305)
Deborah J. Mackay (#256626)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

**BOIES SCHILLER & FLEXNER LLP**
Philip C. Korologos
80 Business Park Drive
Armonk, New York 10504
(914) 273-9800
**Attorneys for Defendants Louis S. Caiola and Louis Cortese**

Dated: March 13, 2002

**HAMMARGREN, MEYER & PAULSON, P.A.**

By: [signature]
Jeffrey C. Paulson (#182382)
360 One Corporate Center IV
7301 Ohms Lane
Minneapolis, MN 55439
(952) 844-9033
**Attorneys for Plaintiff NSJ Investors, LLC**

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that the time for Defendants Louis S. Caiola and Louis Cortese to file their Answer to the Complaint herein is hereby extended to March 18, 2002.

Dated: March 15, 2002

Susan Richard Nelson
Honorable Susan Richard Nelson
United States Magistrate Judge

M2:20446513.01