# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

NSJ Investors, LLC

v.

TH/North San Jose, LLC,
Citicorp North America,Inc.,
Louis s. Caiola, Louis Cortese
and Tishman/Heskin Partners

Case No. Civil 01-1932 PAM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Defendants' motion for judgment on the Pleadings is GRANTED;
2. Plaintiff NSJ Investors, ,Inc., is Ordered to distribute the interpleaded funds and all future rents received from the lease at issue pursuant to section 4/2(a) of the LLC Agreement;
3. Defendants' motion to dismiss Cross-claims is GRANTED; and
4. Defendants' motion to compel, distribution is DENIED as moot.

DATE: September 9, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk